# EXHIBIT A

vs.

Compliance Date: 03/13/07 12:01 PM

PAMELA METOYER

## AFFIDAVIT OF DUE DILIGENCE AND REQUEST FOR 106 MOTION

I BYRON MC DUFFIE, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

For: PFI

Date/Time Received: 02/26/07   12:01 PM

Document(s):

Serve To: PAMELA METOYER

Address: 8206 BAYOU FOREST HOUSTON TX  77088 HARRIS COUNTY

On 04/20/07 at 12:01 PM, I NON-SERVED the documents mention above for the reasons listed below:

3/1/2007 9:40:00 AM: No Answer, lights on inside, noises inside, movement inside
3/6/2007 8:40:00 PM: No Answer, lights on inside, noises inside, movement inside
3/7/2007 6:00:00 AM: No Answer, lights on inside, noises inside, movement inside
3/8/2007 6:00:00 PM: No Answer, lights on inside, noises inside, movement inside
3/13/2007 8:20:00 AM: Per black female at window contact approx. 5'2"-5'4" in height with glasses stated she would not receive the papers, that she does not want them.
5/04/2007 10:00 AM:  No Answer. No lights, no movement.
5/05/2007 7:30 PM No Answer. Lights on inside. Someone spoke through he door and told me to go away.

It is my opinion that it is impracticle to deliver process to the Subject in person and additional attempts would be uncessful. I believe that the most effective manner to deliver process to the Subject is by effecting service to a co-resident of suitable age and discretion, attaching to the front door or gate of the address or by certified mail.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____           Executed on  5/7/07
BYRON MC DUFFIE, SCH0001543
BYRON MCDUFFIE


State of TEXAS
County of BRAZORIA
Subscribed and sworn to before me, a notary public, on _____

_____
Notary Public
My Commission Expires:

ID: 1804
Client Reference: 4244852

S. FORD
Notary Public, State of Texas
My Commission Expires
January 20, 2010