IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, INC., *et al.*, | § § § | |
| Plaintiffs, | § | No. 4:07-CV-494 |
| vs. | § § | |
| PAMELA METOYER, | § § | |
| Defendant. | § § § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE OF PROCESS AND FOR CONTINUANCE OF SCHEDULING CONFERENCE

Based on the plaintiffs' motion and evidence, and pursuant to Rule 4 of the Federal Rules of Civil Procedure, the court issues the following order:

1. Plaintiffs' Motion for Substituted Service of Process and to Continue Initial Conference is granted.

2. Plaintiffs may serve the summons and complaint on defendant Pamela Metoyer by attaching a copy of the summons and complaint—with a copy of this order—to the front door of the residence at 8206 Bayou Forest Dr., Houston, Texas if no person on whom the plaintiffs may effect proper service answers the door at that residence.

3. The pretrial scheduling conference that is now set for May 23, 2007, is continued to _____, 2007, at _____. The related deadline for submission of a joint conference report and joint discovery/case management plan is accordingly reset in accordance with the time limits in this court's Order for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Parties.

Signed this _____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE